**Albert M. MARK, Plaintiff–Appellant,**

v.

**SEATTLE DEPARTMENT OF TRANS- PORTATION, Street Use Division, Defendant–Appellee.**

No. 06–35753.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 14, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rebecca Boatright, Seattle City Attorney's Office, Seattle, WA, for Defendant–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

Albert Mark appeals pro se the district court's grant of defendant-appellee Seattle Department of Transportation's motion for summary judgment on Mark's 42 U.S.C. § 1983 claim alleging malicious prosecution in violation of the Due Process, Privileges and Immunities, and Equal Protection Clauses of the Fourteenth Amendment. We review de novo, *see Palmer v. Sanderson,* 9 F.3d 1433, 1435 (9th Cir.1993), and affirm.

The district court properly granted summary judgment on Mark's malicious prosecution claim because he could not satisfy a necessary element: that the proceedings were terminated in his favor or were abandoned. *See Bender v. City of Seattle,* 99 Wash.2d 582, 664 P.2d 492, 500 (1983) (ci-

** This disposition is not appropriate for publication and is not precedent except as provid-

tation omitted). Although the municipal court dismissed Mark's citation for blocking the sidewalk, it did so only after the City elected to treat the citation as a probation violation rather than pursue it separately.

Based on the citation the municipal court revoked a portion of Mark's suspended sentence resulting from previous, similar incidents. The proceedings thus resulted in Mark's punishment; they were not terminated in his favor. *See Nichols v. Severtsen,* 39 Wash.2d 836, 239 P.2d 349, 351 (1951).

Therefore, the district court correctly held that Mark's claim for malicious prosecution failed as a matter of law. Mark's remaining contentions lack merit.

**AFFIRMED.**